UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MIKE ARMAN,** | Case No.: |
| Plaintiff, | |
| v. | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| **DIVERSIFIED CONSULTANTS, INC.,** | |
| Defendant. | **(Unlawful Debt Collections Practices)** |

## COMPLAINT

MIKE ARMAN ("Plaintiff"), by and through his counsel, Kimmel & Silverman, P.C., alleges the following against DIVERSIFIED CONSULTANTS, INC. ("Defendant"):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* and the Florida Consumer Collection Practices Act, Florida Statute §559.55 *et seq.* ("FCCPA").

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," 28 U.S.C. § 1331 grants this court original jurisdiction of all civil actions arising under the laws of the United States, and for the state law

claims 28 U.S.C. § 1367 grants this court supplemental jurisdiction as they arise from the same claim or controversy and nucleus of operative fact.

3. Defendant conducts business in the State of Florida and as such, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

**PARTIES**

5. Plaintiff is a natural person residing in Oakhill, Florida 32579.

6. Plaintiff is a "consumer" pursuant to 15 U.S.C. § 1692a(3).

7. In the alternative, Plaintiff is a person granted a cause of action under the FDCPA. See 15 U.S.C. §1692k(a) and Wenrich v. Cole, 2000 U.S. Dist. LEXIS 18687 (E.D. Pa. Dec. 22, 2000).

8. Plaintiff is a "consumer" and a person whom the act was intended to protect as defined by the FCCPA, Fla. Stat. § 559.55(8).

9. Defendant is a debt collection company with its headquarters located at 10550 Deerwood Park Blvd., Ste. 309, Jacksonville, FL 32256.

10. At all times material hereto, Defendant acted as a "debt collector" within the meaning of 15 U.S.C. § 1692(a)(6), and repeatedly contacted Plaintiff in its attempts to collect a "debt" as defined by 15 U.S.C. § 1692(a)(5) for another person.

11. Defendant is a "debt collector" as that term is defined in the FCCPA, Fla. Stat. § 559.55(7), or in the alternative a "creditor" as the term is defined in the FCCPA, Fla. Stat. § 559.55(5).

12. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

13. Beginning in or around May 16th, 2018, and continuing through May 31st, 2018, Defendant placed repeated harassing telephone calls to Plaintiff's business telephone number in attempts to contact a third party identified as "Ella."

14. Defendant's calls originated from numbers including, but not limited to, (321) 465-9783. The undersigned has confirmed that this number is associated with Defendant.

15. Plaintiff knew it was the Defendant calling as he spoke to representatives who announced the caller's company name as Defendant's during conversations.

16. Shortly after Plaintiff began receiving calls, he spoke with Defendant and told them that they had a wrong number, that his phone number was not the third party's number, and to stop calling him.

17. Once Defendant was aware its calls were unwanted, that it had a wrong number, and that it had been told to stop calling, any further calls could only have been for the purpose of harassment.

18. Plaintiff found Defendant's repeated calls to be invasive, harassing, annoying, aggravating, stressful, and upsetting.

## COUNT I
## DEFENDANT VIOLATED §§ 1692d and 1692d(5) OF THE FDCPA

19. A debt collector violates section 1692d of the FDCPA by engaging in conduct, the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

20. A debt collector violates section 1692d(5) by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

21. Here, Defendant violated sections 1692d and 1692d(5) of the FDCPA when it placed repeated harassing telephone calls to Plaintiff throughout May 2018 knowing it had the wrong number and that its calls were unwanted.

## COUNT II
## DEFENDANT VIOLATED §559.72(7)
## THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

22. A person violates section 559.72(7) of the FCCPA when it willfully communicates with the debtor or any member of her or his family with such frequency as can reasonably be expected to harass the debtor or her or his family, or willfully engage in other conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family.

23. Here, Defendant violated section 599.72(7) of the FCCPA when it placed repeated harassing telephone calls to Plaintiff throughout May 2018 knowing it had the wrong number and that its calls were unwanted.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, MIKE ARMAN, respectfully prays for a judgment as follows:

a. All actual damages suffered pursuant to 47 U.S.C. § 227(b)(3)(A) and 15 U.S.C. §1692k(a)(1),

b. Statutory damages of $1,000.00 for the violation of the FDCPA pursuant to 15 U.S.C. §1692k(a)(2)(A);

c. Statutory damages of $1,000.00 pursuant to Florida Consumer Collection Practices Act, Fla. Stat. §559.77;

d. All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to 15 U.S.C. §1693k(a)(3) and Florida Consumer Collection Practices Act, Fla. Stat. §559.77; and

e. Any other relief deemed appropriate by this Honorable Court.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, MIKE ARMAN, demands a jury trial in this case.

Respectfully submitted,

Dated: 3/15/19    By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, Pennsylvania 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com